UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TORY JONAE ARNOLD,

    Petitioner,

v.                                 Case No.   8:21-cv-1631-WFJ-SPF

SECRETARY, DEPARTMENT
OF CORRECTIONS,

    Respondent.
_____/

## ORDER

On July 14, 2021, Arnold was ordered to either pay the filing fee or file a motion to proceed *in forma pauperis* not later than August 13, 2021 (*see* Doc 2). He has neither complied with the Order nor requested an extension of time to comply.

Accordingly, the case is **DISMISSED** without prejudice for failure to prosecute. The **Clerk** shall close the case.

**ORDERED** in Tampa, Florida, on September 15, 2021.

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE

Copy to: Tory Jonae Arnold, *pro se*